In the Matter of the Petition of THOMAS F. COUNIHAN, as Executor, etc., of ANNA E. COUNIHAN, Deceased, Appellant, to Compel ROBERT T. WHALEN, as Executor, etc., of JOHN L. WHALEN, Deceased, Respondent, to File an Intermediate Account of His Proceedings.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Estate of ROSALIE ROSENBLATH, Deceased. DANIEL ROSENBLATH, Appellant; CHARLES RUFF, JR., Executor, etc., of ROSALIE ROSENBLATH, Deceased, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

EDNA LAYMAN, an Infant, by JAMES LAYMAN, Her Guardian ad Litem, Respondent, v. ALLEGI & LORING, INC., and Others, Defendants. THE MOUNT VERNON TRUST COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Question to be certified. Motion for stay granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ. Settle order on notice.

MANUFACTURERS TRUST COMPANY, Appellant, v. GUSTAVE ANDERSON, Individually and as Administrator, etc., of MARY MORAN ANDERSON, Also Known as MARY ANDERSON, Deceased, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Young, Hagarty, Carswell and Tompkins, JJ.; Lazansky, P. J., not voting.

EARLY MITCHELL, Respondent, v. BROOKLYN CONSTRUCTION Co., INC., Appellant, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

MOMCLAY, INC., Plaintiff, v. WILLIAM J. CAMPBELL and Others, Defendants. ELEANOR SIEGEL, Receiver, Appellant, v. THE MOUNT VERNON TRUST COMPANY, Depository, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Question to be certified. Motion for a stay granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ. Settle order on notice.

N. & H. BUILDING Co., INC., Appellant, v. FLOWER GARAGE, INC., and Others, Respondents, Impleaded with SOPHIE HIMMELSTEIN and Another, Appellants.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

MICHELE PUCA, as Administrator, etc., of LOUIS PUCA, Deceased, Respondent, v. ANTHONY CUOMO and Another, Individually and as Copartners, etc., Appellants, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellants to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

THE RAILROAD CO-OPERATIVE BUILDING AND LOAN ASSOCIATION, Appellant, v. ALICE GATES BUGBEE WARD, Respondent, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.